03/05/2021   04:50   4062932435                    ANN GERMAN                                    PAGE   03/03

ORIGINAL

**FILED**

03/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0006

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 21-0006

In Re The Marriage Of:                          )
                                                )
**JOHNETTE GAY JONES WATKINS,**                 )
          Appellant,                            )
                                                )   **ORDER GRANTING MOTION FOR**
          vs.                                   )   **EXTENSION OF TIME**
                                                )
**CHARLES EDWARD WATKINS,**                     )
          Appellee.                             )
                                                )

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 12, 2021, to prepare, file, and serve the Appellant's opening brief.

DATED this ____5th____ day of March, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

**FILED**

MAR 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana